APPLICATION GRANTED
SO ORDERED *Vernon Bro*
**VERNON S. BRODERICK**
**U.S.D.J.** 3/15/2023
The parties shall submit their proposed case management plan by April 17, 2023.

# Abdul Hassan Law
### 215-28 Hillsid
### Queens Village, Ne

~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**March 14, 2023**

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<div align="center">

**Re: Chowdhury v. Best Wireless 23rd Park Inc et al**
**Case No.  22-CV-11005 (VSB)(SDA)**
**Motion for Extension of Time**

</div>

Dear Judge Broderick:

My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of all parties to request a 30-day extension of the March 17, 2023 deadline for the parties to submit a joint letter and proposed case plan – which would make the new deadline April 17, 2023. This request is being made because the parties are currently scheduled for mediation on March 24, 2023 through this Court's mediation program. No prior request for an extension of this deadline was made. If the case is settled, we will promptly notify the Court.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*

**Cc: Defense Counsel via ECF**

1