UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
  FARZANA CHOWDHURY,                                    :
                                                        :
                              Plaintiff,                :
                                                        :               22-CV-11005 (VSB)
                  -against-                              :
                                                        :               **ORDER**
  BEST WIRELESS 23RD PARK INC, BEST                     :
  WIRELESS CHURCH STREET INC, BEST                      :
  WIRELESS QUEENS BLVD INC, BEST                        :
  WIRELESS GREENWICH INC, and                           :
  NISHANT NICK GARG,                                    :
                                                        :
                              Defendants.               :
--------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

        It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  March 28, 2023
        New York, New York

                                                Vernon S. Broderick
                                                United States District Judge