```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Farzana Chowdhury,

                Plaintiff,

-against-

Best Wireless 23rd Park Inc. et al.,

                Defendants.

1:22-cv-11005 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having reviewed Plaintiff's letter seeking settlement approval (5/10/2023 Letter, ECF No. 23), it is hereby Ordered that, no later than Wednesday, May 24, 2023, Plaintiff shall:

1. Provide information as to actual attorney's fees expended and the relevant experience of the attorney(s) in support of his request for attorney's fees. *See Aguilar v. Tacos Grand Cent., Inc.*, No. 21-CV-01963 (AT), 2023 WL 2644285, at *2 (S.D.N.Y. Mar. 27, 2023) (although "contingency fees of one-third or less in FLSA cases are routinely approved in this Circuit[,] . . . [a]s a check on the reasonableness of attorney's fees . . . courts still calculate the total cost of an attorney's hours billed, previously known as the lodestar method."); *Mobley v. Five Gems Mgmt. Corp.*, No. 17-CV-09448 (KPF), 2018 WL 1684343, at *4 (S.D.N.Y. Apr. 6, 2018) ("Even where attorney's fees are calculated with the percentage method, courts must still independently ascertain the reasonableness of the requested fees.").

2. File a fully executed copy of the settlement agreement.

**SO ORDERED.**

DATED: New York, New York
May 17, 2023

_____
STEWART D. AARON
United States Magistrate Judge