UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
FARZANA CHOWDHURY,

                                Plaintiff,                           Docket No.: 22-cv-11005-VSB

   -against-

BEST WIRELESS 23RD PARK INC, BEST WIRELESS CHURCH STREET INC, BEST WIRELESS QUEENS BLVD INC, BEST WIRELESS GREENWICH INC, and NISHANT NICK GARG,

                               Defendants.
-------------------------------------------------------------------------------X

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff FARZANA CHOWDHURY ("Plaintiff") and Defendants BEST WIRELESS 23RD PARK INC, BEST WIRELESS CHURCH STREET INC, BEST WIRELESS QUEENS BLVD INC, BEST WIRELESS GREENWICH INC, and NISHANT NICK GARG ("Defendants"), that upon the Negotiated Settlement Agreement and Release in this matter, Plaintiff's causes of action one (1) through three (3), shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Settlement Agreement and Release without the Court awarding any party any fees or disbursements.

                                                    Respectfully submitted,

Dated: July 26, 2023        By:      */s/ Abdul Hassan*
                                            Abdul K. Hassan, Esq.
                                            215-28 Hillside Avenue
                                            Queens Village, New York 11427
                                            (718) 740-1000
                                            abdul@abdulhassan.com
                                            ATTORNEYS FOR PLAINTIFF

Dated: July 26, 2023		By:	*Victoria Scaglione*
					Elizabeth Gorman, Esq.
					Victoria M. Scaglione, Esq.
					Milber Makris Plousadis & Seiden, LLP
					1000 Woodbury Road
					Woodbury, New York 11797
					(516) 712-4000
					File No.: 420-23736
					vscaglione@milbermakris.com
					ATTORNEYS FOR DEFENDANTS


SO ORDERED this ___ day of _____, 2023.


_____